IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CATALINA LOPEZ,

    Plaintiff,

v.                                                                                                 No. 14-cv-0430 MCA/SMV

UNITED STATES OF AMERICA
and MICHAEL T. JOHNSON,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. On July 21 2014, Michael H. Hoses, Assistant United States Attorney, entered his appearance on behalf of Defendant United States of America. [Doc. 11]. After he entered his appearance, the Court entered an order setting a telephonic status conference for July 31, 2014, at 9:30 a.m. [Doc. 13]. On July 28, 2014, the Court reset the status conference for July 30, 2014, at 1:30 p.m. [Doc. 14]. Although Plaintiff's counsel appeared for the status conference, no attorney appeared for Defendants. [Doc. 15]. Chambers staff attempted to locate Mr. Hoses but were unable to do so. As a result of Mr. Hoses' absence, the hearing had to be rescheduled.

**IT IS THEREFORE ORDERED** that Michael H. Hoses, counsel for Defendant United States of America, shall file a written response by **August 6, 2014, at 5:00 p.m.** showing cause why he should not be sanctioned for his absence at the July 30, 2014 status conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**