IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CATALINA LOPEZ,

    Plaintiff,

v.                                                        No. 14-cv-0430 MCA/SMV

UNITED STATES OF AMERICA
and MICHAEL T. JOHNSON,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    August 7, 2014, at 10:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is hereby set for **August 7, 2014, at 10:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.