IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CATALINA LOPEZ, as the PERSONAL REPRESENTATIVE**
Of the Estate of Jeanette Orozco, and on behalf of
the Estate of Jeanette Orozco and the survivor of
the Estate of, D.R., and Divinity R, a Minor Child,

    Plaintiffs,                                No. 14-cv-0430 MCA/SMV

v.

**THE UNITED STATES OF AMERICA and**
**MICHAEL T. JOHNSON, individually and**
In his official capacity as an Agent of the
United States Border Patrol,

    **Defendants.**

### ORDER EXTENDING TIME FOR SUBMISSION OF PRE-TRIAL ORDER

    IT IS HEREBY ORDERED that Plaintiff's unopposed motion to extend time is granted.

The Consolidated Pre-Trial Order from Plaintiff to Defendant shall be due July 13, 2015 and the

Consolidated Pre-Trial Order from Defendant to the Court shall be due July 27, 2015.

_____
STEPHAN A. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully Prepared and Submitted by,

**LILLEY & O'CONNELL, P.A.**

 /s/ Jerome O'Connell
Jerome O'Connell, Esq.
1020 S. Main Street
Las Cruces, N.M. 88005
Ph: 575.524.7809
Fax: 575.526.2642

**Johnson & McElhinney, P.C.**
Dania Johnson, Esq.
C.J. McElhinney, Esq.
3850 Foothills Rd Suite 12
Las Cruces, New Mexico 88011
(575) 993-5963

*Attorneys for Plaintiff*


Unopposed by:

DAMON P. MARTINEZ
United States Attorney
ROBERTO D. ORTEGA
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 347-7274

*Attorneys for Defendants*