IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CATALINA LOPEZ, as the PERSONAL REPRESENTATIVE
Of the Estate of Jeanette Orozco, and on behalf of
the Estate of Jeanette Orozco and the survivor of
the Estate of, D.R., and Divinity R, a Minor Child,

    Plaintiffs,                                  No. 14-cv-0430 MCA/SMV

v.

THE UNITED STATES OF AMERICA and
MICHAEL T. JOHNSON, individually and
In his official capacity as an Agent of the
United States Border Patrol,

    Defendants.

## ORDER EXTENDING TIME FOR SUBMISSION OF PRE-TRIAL ORDER

IT IS HEREBY ORDERED that Plaintiff's unopposed motion to extend time is granted.

The Consolidated Pre-Trial Order from Plaintiff to Defendant shall be due July 13, 2015 and the

Consolidated Pre-Trial Order from Defendant to the Court shall be due July 27, 2015.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully Prepared and Submitted by,

**LILLEY & O'CONNELL, P.A.**

 /s/ Jerome O'Connell
Jerome O'Connell, Esq.
1020 S. Main Street
Las Cruces, N.M. 88005
Ph: 575.524.7809
Fax: 575.526.2642

**Johnson & McElhinney, P.C.**
Dania Johnson, Esq.
C.J. McElhinney, Esq.
3850 Foothills Rd Suite 12
Las Cruces, New Mexico 88011
(575) 993-5963

*Attorneys for Plaintiff*


Unopposed by:

DAMON P. MARTINEZ
United States Attorney
ROBERTO D. ORTEGA
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 347-7274

*Attorneys for Defendants*